HERBERT LIGHTHIPE, DEFENDANT IN ERROR, v. CITY OF ORANGE, PLAINTIFF IN ERROR.

Submitted July 6, 1908—Decided November 16, 1908.

On error to the Supreme Court, whose opinion is reported in 46 *Vroom* 365.

For the plaintiff in error, *William A. Lord.*

For the defendant in error, *Chauncey G. Parker.*

PER CURIAM.

The judgment under review in this case is affirmed, for the reasons stated in the opinion delivered by Mr. Justice Pitney in the court below.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 15.

*For reversal*—None.